# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

WILLIE MCCORMICK & ASSOCIATES, INC., a
Michigan Corporation,

           Plaintiff,           Case No. 2:12-cv-15460

v.           Honorable Judge Cleland

LAKESHORE ENGINEERING SERVICES, INC.,    Magistrate Judge Mark A. Randon
a Michigan corporation; KWAME KILPATRICK,
an Individual; BERNARD KILPATRICK, an
Individual; DERRICK A. MILLER, an Individual;
BOBBY W. FERGUSON, an Individual;    **Stipulation of Dismissal and Order**
FERGUSON'S ENTERPRISES, INC., a Michigan    **of Dismissal of Defendant**
corporation; INLAND WATERS POLLUTION    **City of Detroit Without Prejudice**
CONTROL, INC., a Michigan corporation;
ANTHONY SOAVE, an Individual; LAKESHORE
TOLTEST CORPORATION, a Michigan
corporation; TOLTEST CORPORATION, a
Delaware corporation, THOMAS HARDIMAN, an
Individual; AVINASH RACHMALE, an Individual;
XCEL CONSTRUCTION SERVICES, INC., a
Michigan corporation; DETROIT CONTRACTING,
INC., a Michigan corporation; MAHA KASIM, an
Individual; NAFA KHALIF, an Individual;
DETROIT PROGRAM MANAGEMENT JV
TEAM, LLC, a Michigan Limited Liability
Company; A & H CONTRACTORS, INC., a
Michigan corporation; INLAND/XCEL, LLC, a
Michigan Limited Liability company; and, the CITY
OF DETROIT and its DETROIT WATER AND
SEWERAGE DEPARTMENT, a Municipal
Corporation in the State of Michigan, Jointly and
Severally

           Defendants.

| | |
|---|---|
| Robert G. Lahiff (P36726) <br> Michael J. Liddane (P38639) <br> FOSTER MEADOWS & BALLARD, PC <br> *Attorneys for Plaintiff* <br> 607 Shelby, 7th Floor <br> Detroit, Michigan 48226-3582 <br> Tel: (313) 961-3234 <br> Fax: (313) 961-6184 <br> rlahiff@fostermeadows.com <br> mliddane@fostermeadows.com | Irene Bruce Hathaway (P32198) <br> MILLER, CANFIELD, PADDOCK <br> AND STONE, P.L.C. <br> *Attorneys for Defendant, City of Detroit and its Detroit Water & Sewerage Department* <br> 150 West Jefferson, Suite 2500 <br> Detroit, Michigan 48226 <br> Tel: (313) 963-6420 <br> Fax: (313) 496-7500 <br> hathawayi@millercanfield.com |
| George B. Donnini (P66793) <br> BUTZEL LONG, PC <br> *Attorneys for Defendants, Detroit Contracting, Inc., Maha Kasim, Nafa Khalif, Detroit Program Management JV Team, LLC* <br> 150 W. Jefferson, Suite 100 <br> Detroit, Michigan 48226 <br> Tel: (313) 225-7000 <br> Fax: (313) 225-7080 <br> donnini@butzel.com | Thomas M. Fallucca (P33805) <br> The Fallucca Law Firm <br> Attorney for Defendant Anthony Soave <br> 3400 E. Lafayette <br> Detroit, Michigan 48207 <br> Tel: (313) 567-7004 <br> Fax: (313) 567-6826 <br> tomfallucca@falluccalaw.com |

## STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT CITY OF DETROIT WITHOUT PREJUDICE

NOW COME the Plaintiff, WILLIE MCCORMICK & ASSOCIATES, INC., and the Defendant, CITY OF DETROIT, and its Detroit Water and Sewerage Department, by and through their respective attorneys, and hereby stipulate to dismissal of Defendant, CITY OF DETROIT, and its Detroit Water and Sewerage Department, without prejudice and without costs to either party.

| | |
|---|---|
| s/ Robert G. Lahiff                    . <br> Robert H. Lahiff (P36726) <br> Foster, Meadows & Ballard, P.C. <br> Attorney for Plaintiff <br> 607 Shelby – 7th Floor <br> Detroit, Michigan 48226 <br> (313) 961-3234 <br> rlahiff@fostermeadows.com | s/ Irene Bruce Hathaway            . <br> Irene Bruce Hathaway (P32198) <br> Miller Canfield Paddock & Stone, PLC <br> Attorney for Defendant, City of Detroit and its Water and Sewerage Department <br> 150 W. Jefferson Ave., Suite 2500 <br> Detroit, Michigan 48226 <br> (313) 963-6420 <br> hathawayi@millercanfield.com |

## ORDER OF DISMISSAL OF DEFENDANT CITY OF DETROIT WITHOUT PREJUDICE

At a session of said Court held in the Theodore Levin U.S. Courthouse
Detroit, Michigan, this March 17, 2013.

**PRESENT:  HONORABLE ROBERT H. CLELAND**
            **ROBERT H. CLELAND**
            **U.S. DISTRICT COURT JUDGE**

The Plaintiff, WILLIE MCCORMICK & ASSOCIATES, INC., and the Defendant, CITY OF DETROIT, and its Detroit Water and Sewerage Department, having stipulated to the dismissal of Defendant, CITY OF DETROIT, and its Detroit Water and Sewerage Department, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the Plaintiff's claims against the Defendant, CITY OF DETROIT, and its Detroit Water and Sewerage Department, are hereby dismissed without prejudice and without costs to either party.

  **S/Robert H. Cleland**
  **HONORABLE ROBERT H. CLELAND**

21,000,752.1\022765-00202