**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WILLIE MCCORMICK & ASSOCIATES, INC., a
Michigan corporation,

    Plaintiff,

v.                                                Case No. 12-15460

LAKESHORE ENGINEERING SERVICES,
INC., et al.,

    Defendants.
                                        /

**ORDER CLARIFYING PROCEDURE FOR THE UPCOMING**
**MOTION TO DISMISS HEARING**

        This matter is set for a December 19, 2013, hearing on Defendants' motions to dismiss. Counsel should be prepared to answer questions regarding whether Plaintiff has antitrust and RICO standing to proceed on its claims. If the court determines that clarification of the other issues raised in Defendants' motions to dismiss is necessary, it may order a separate hearing at a later date. Defendants are advised to appoint a lead counsel for oral argument, who will handle the majority of the court's questions and respond to Plaintiff's arguments. The counsel for remaining Defendants will be permitted to respond or raise salient distinctions, as necessary. The court expects that each side will require approximately thirty minutes to argue its case, but will not impose a strict time-limit.

        IT IS SO ORDERED.

                               s/Robert H. Cleland
                               ROBERT H. CLELAND
                               UNITED STATES DISTRICT JUDGE

Dated: December 11, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 11, 2013, by electronic and/or ordinary mail.

                               s/Lisa Wagner
                               Case Manager and Deputy Clerk
                               (313) 234-5522