**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WILLIE MCCORMICK & ASSOCIATES, INC., a
Michigan corporation,

    Plaintiff,

v.                                             Case No.  12-15460

LAKESHORE ENGINEERING SERVICES,
INC., *et al.*,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**

On August 15, 2014, Plaintiff filed a motion for relief from the court's December 20, 2013, Opinion and Order dismissing with prejudice Plaintiff's antitrust and RICO claims against Defendants Anthony Soave, Lakeshore Engineering Services, Inc., Avinash Rachmale, Lakeshore Toltest, Toltest Corporation, Thomas Hardiman, A&H Contractors, Inc., Inland Waters Pollution Control, Inc., Inland/XCel, LLC, Detroit Contracting, Inc., Nafa Khalaf, and Detroit Management JV Team, LLC (collectively, "Defendants").

Defendants filed a motion asking for an extension of time to respond to Plaintiff's motion for relief from judgment.  Given the complexity of the issues involved, the court will grant Defendants' motion.  However, there is no need to over-complicate the response—the court anticipates that Defendants will raise similar arguments that will be best presented in a unified response.  Accordingly,

IT IS ORDERED that Defendants are DIRECTED to file a consolidated brief of no more than 30 pages by **September 19, 2014.** Plaintiff may file an optional reply by **September 26, 2014.**

IT IS FURTHER ORDERED that, in light of Plaintiff's motion for relief from the court's December order, the court's planned telephonic status conference set for September 3, 2014, is CANCELLED.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: August 22, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 22, 2014, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522