**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Willie McCormick & Associates, Inc.  :
             :
     Plaintiff,     :   Case No. 12-15460
             :   Hon. Arthur J. Tarnow
       v.     :
             :
Lakeshore Engineering Services, Inc., et al. :
             :
     Defendants.   :

## SUGGESTION OF BANKRUPTCY

Please be advised that on May 2, 2014, Defendants, LTCCORP Government Services, Inc., a/k/a Lakeshore Toltest Corporation, a/k/a LTC ("LTCCORP Government Services"), LTCCORP Government Services-MI, Inc., a/k/a Lakeshore Engineering Services, Inc., a/k/a Lakeshore Group, a/k/a LTC Corp Michigan, a/k/a LTC Michigan ("LTCCORP Government Services-MI"), and LTCCORP Government Services-OH, Inc., a/k/a TolTest, Inc., a/k/a LTC, a/k/a LTC Ohio, a/k/a  LTC Corp, a/k/a LTC Corp Ohio ("LTCCORP Government Services-OH" and collectively with LTCCORP Government Services, and LTCCORP Government Services-MI, the "Debtors"), each filed a voluntary petition (the "Petition") for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), under Bankruptcy Case Nos. 14-11113 (CSS), 14-11115 (CSS), and 14-11116 (CSS).  On May 2, 2014, the Office of the United States Trustee appointed Alfred T. Giuliano (the "Trustee") as the chapter 7 trustee for the Debtors' estates, which appointment remains in effect.  Copies of the Petitions and the Notices of Appointment of the Trustee are attached hereto as **Exhibit "A"**, and incorporated by reference herein.

Pursuant to Bankruptcy Code § 362, the filing of a petition operates as a stay of, <u>inter alia</u>, the commencement or continuation of a judicial proceeding or other action or proceeding against the Debtors that was or could have been commenced before the commencement of the case under Title 11 absent an Order from the Bankruptcy Court granting relief from the automatic stay.

Therefore, the Plaintiff in the above-captioned action is precluded from prosecuting the above-entitled case at this time against the Debtors.

Respectfully submitted

**FOX ROTHSCHILD LLP**

By: _/s/ Eric E. Reed_____
      Eric E. Reed (P63358)
      2000 Market Street, Twentieth Floor
      Philadelphia, PA  19103-3291
      Phone (215) 299-2000/Fax (215) 299-2150
      ereed@foxrothschild.com

*Counsel for Alfred T. Giuliano, Chapter 7 Trustee for the estates of LTCCORP Government Services, Inc., a/k/a Lakeshore Toltest Corporation, a/k/a LTC, LTCCORP Government Services-MI, Inc., a/k/a Lakeshore Engineering Services, Inc., a/k/a Lakeshore Group, a/k/a LTC Corp Michigan, a/k/a LTC Michigan, and LTCCORP Government Services-OH, Inc., a/k/a TolTest, Inc., a/k/a LTC, a/k/a LTC Ohio, a/k/a  LTC Corp, a/k/a LTC Corp Ohio*

Dated: September 9, 2015

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed using the ECF system on September 9, 2015 which will provide notice and a copy to the following:

Robert G. Lahiff, Esquire
Foster Meadows & Ballard, PC
607 Shelby, Seventh Floor
Detroit, Michigan 48226-3582
*Attorney for Plaintiff,*
*Willie McCormick and Associates, Inc.*

Robert P. Geller, Esquire
Walter J. Piszczatowski, Esquire
Hertz Schram PC
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
*Attorneys for Defendants,*
*LTCCORP Government Services, Inc.,*
*a/k/a Lakeshore Toltest Corporation, a/k/a LTC,*
*LTCCORP Government Services-MI, Inc.,*
*a/k/a Lakeshore Engineering Services, Inc.,*
*a/k/a Lakeshore Group, a/k/a LTC Corp Michigan,*
*a/k/a LTC Michigan,* and *LTCCORP Government Services-OH, Inc.,*
*a/k/a TolTest, Inc., a/k/a LTC, a/k/a LTC Ohio, a/k/a  LTC Corp, a/k/a LTC Corp Ohio*

Dated:  September 9, 2015          /s/ Eric E. Reed
                                   **FOX ROTHSCHILD LLP**