UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE MCCORMICK & ASSOCIATES, INC.,
a Michigan corporation,

       Plaintiff,

v

LAKESHORE ENGINEERING SERVICES, INC., et al.,

       Defendants.
_____/

Case No: 2-12-CV-15460
Hon. Arthur J. Tarnow
Magistrate Mona K. Majzoub

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO INLAND WATERS POLLUTION CONTROL, INC. AND INLAND/XCEL, LLC

This matter having come before the Court on the stipulation of Plaintiff Willie McCormick & Associates, Inc. ("McCormick") and Defendants Inland Waters Pollution Control, Inc. ("Inland") and Inland/Xcel, LLC ("Inland/Xcel") and the Court being otherwise advised in the premises:

WHEREAS, McCormick, Inland and Inland/Xcel desire to resolve and put to rest all present claims and disputes between them, including those set forth in this action.

**IT IS HEREBY ORDERED THAT** any and all claims in McCormick's Complaint, First Amended Complaint and any other pleading filed by McCormick against Inland and/or Inland/Xcel are dismissed with prejudice and without fees

3239585.v2

and costs to either McCormick, Inland or Inland/Xcel.  All other claims of McCormick against anyone else are expressly reserved and not affected by this Order.

    IT IS SO ORDERED.

                                      s/Arthur J. Tarnow
                                      UNITED STATES DISTRICT JUDGE

Dated: November 23, 2015

Agreed to in form and substance.

    So Stipulated:

By:   /s/ Robert G. Lahiff
        Foster, Meadows & Ballard, P.C.
        Robert G. Lahiff (P36726)
        Michael J. Liddane (P38639)
        *Attorney for Plaintiff*
        607 Shelby – 7th Floor
        Detroit, MI 48226
        (313) 961-3234
        rlahiff@fostermeadows.com

By:   /s/ David J. Poirier
        Jaffe, Raitt, Heuer & Weiss, P.C.
        Michael F. Jacobson (P47059)
        David J. Poirier (P62928)
        *Attorney for Defendants Inland Waters Pollution Control, Inc. and Inland/Xcel, LLC.*
        27777 Franklin Road, Suite 2500
        Southfield, MI 48034
        (248) 351-3000
        dpoirier@jaffelaw.com

3239585.v2