UNITED STATES DISTRICT COURT
EASTER DISTRICT OF MICHIGAN

WILLIE MCCORMICK & ASSOCIATES, INC.,
a Michigan corporation,

    Plaintiff,

                                    Case No. 2:12-cv-15460

v.                                  Honorable Judge Tarnow

LAKESHORE ENGINEERING SERVICES, INC., ET AL,

    Defendants.
_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
AS TO DETROIT CONTRACTING, INC., NAFA KHALAF, MAHA
KASIM, AND DETROIT PROGRAM MANAGEMENT JV TEAM, LLC**

    This matter having come before the Court on the stipulation of Plaintiff Willie McCormick & Associates, Inc. ("McCormick") and Defendants Detroit Contracting, Inc., Nafa Khalaf, Maha Kasim, and Detroit Program Management JV Team, LLC (collectively the "DCI Defendants") and the Court being otherwise advised in the premises:

    WHEREAS, McCormick and the DCI Defendants desire to resolve and put to rest all present claims and disputes between them, including those set forth in this action.

    **IT IS HEREBY ORDERED THAT** any and all claims in McCormick's Complaint, First Amended Complaint and any other pleading filed by McCormick against the DCI Defendants are dismissed with prejudice and

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

without fees and costs to either McCormick or the DCI Defendants. All other claims of McCormick against anyone else are expressly reserved and not affected by this Order.

    **IT IS SO ORDERED**.

s/Arthur J. Tarnow<br>
UNITED STATES DISTRICT JUDGE

Dated: February 3, 2016

Agreed to in form and substance.

So Stipulated:

FOSTER, MEADOWS & BALLARD, P.C.

By: /s/ Robert G. Lahiff
Robert G. Lahiff (P36726)
Michael J. Liddane (P38639)
*Attorney for Plaintiff*
607 Shelby – 7th Floor
Detroit, MI 48226
(313) 961-3234
rlahiff@fostermeadows.com

BUTZEL LONG
*a professional corporation*

By: */s/ George B. Donnini*
George B. Donnini (P66793)
Sheldon H. Klein (P41062)
Attorneys for Defendants, Nafa Khalaf;
Detroit Contracting, Inc.; Detroit Program
Management JV Team, LLC and Maha Kasim
150 West Jefferson Avenue, Suite 100
Detroit, Michigan 48226
(313) 225-7000
donnini@butzel.com
klein@butzel.com