UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE MCCORMICK AND ASSOCIATES, INC., | Case No. 12-15460 |
| Plaintiff, | SENIOR U.S. DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| LAKESHORE ENGINEERING SERVICES, INC., ET AL., | U.S. MAGISTRATE JUDGE MONA K. MAJZOUB |
| Defendants. | |

**ORDER ADOPTING REPORT AND RECOMMENDATION [159]**

Plaintiff Willie McCormick and Associates, Inc. filed a Complaint [Dkt. 1] against 18 defendants on December 13, 2012, alleging violations of 18 U.S.C. § 1962(c) and (d), the Racketeer Influenced and Corrupt Organizations Act ("RICO"), various antitrust statutes, and the Equal Protection Clause pursuant to 42 U.S.C. §§ 1981 and 1983.

After Defendants Kwame Kilpatrick, Bobby W. Ferguson, Ferguson's Enterprises, Inc., Xcel Construction Services, Inc., and Derrick A. Miller failed to appear in this action, the Clerk of Court entered defaults against them on February 6, 2014. [106-110]. More than two and a half years later, Plaintiff filed a Motion for Default Judgment [152] against the above-named defendants. On December 28, 2016, the Court entered an Order Granting the Motion for Default Judgment [154],

and referred the matter to the Magistrate Judge for a hearing and determination of damages [155].

The Magistrate Judge issued a Report and Recommendation ("R&R") [159] on March 29, 2018. The Magistrate Judge advised the Court to enter default judgment in favor of Plaintiff against the above-named defendants for damages in the amount of $7,477,873.83. None of the parties filed objections to the Report & Recommendation. Fed. R. Civ. P. 72(b)(2).

The Court having reviewed the record, the Report and Recommendation [159] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that default judgment be entered in favor of Plaintiff and against Defendants Kwame Kilpatrick, Bobby W. Ferguson, Ferguson's Enterprises, Inc., Xcel Construction Services, Inc., and Derrick A. Miller, in the amount of $7,477,873.83.

**SO ORDERED**.

s/Arthur J. Tarnow
Arthur J. Tarnow
Dated: April 19, 2018    Senior United States District Judge