No. 25-1848

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jan 30, 2026
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| WILLIE MCCORMICK AND ASSOCIATES, INC., | ) ) ) |
|    Plaintiff - Appellee, | ) ) |
| v. | ) ) |
| LAKESHORE ENGINEERING SERVICES, INCORPORATED, | ) ) ) |
|    Defendant, | ) ) |
| BOBBY W. FERGUSON, | ) ) |
|    Defendant - Appellant. | ) |

O R D E R

The clerk dismissed this action on December 4, 2025, after defendant Bobby W. Ferguson failed to either pay the appellate filing fee or move the district court for pauper status on appeal. Ferguson moves to reinstate.

The record reflects that Ferguson paid the $605 appellate filing fee on January 15, 2026. Accordingly, as Ferguson has cured the defect that led to dismissal, his motion to reinstate is GRANTED. This action is returned to the court's active docket.

Briefing will be set by separate letter.

                                      ENTERED PURSUANT TO RULE 45(a)
                                      RULES OF THE SIXTH CIRCUIT

                                      Kelly L. Stephens, Clerk

## United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 01/30/2026.

**Case Name:** Willie McCormick and Associates, Inc. v. Lakeshore Engineering Services, Incorporated, et al
**Case Number:** 25-1848

**Docket Text:**
ORDER filed granting motion to reinstate case [7473570-2] filed by Mr. Bobby W. Ferguson..The record reflects that Ferguson paid the $605 appellate filing fee on January 15, 2026. Accordingly, as Ferguson has cured the defect that led to dismissal, his motion to reinstate is GRANTED. This action is returned to the court's active docket. Briefing will be set by separate letter.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Bobby W. Ferguson
18944 Bretton Drive
Detroit, MI 48223

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Mr. Robert G. Lahiff